UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRAIG HORMAN,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, HULU, LLC EMPLOYEE BENEFIT PLAN; and HULU, LLC,

    Defendants.

C18-396 TSZ

MINUTE ORDER

Having reviewed the parties' Joint Status Report, docket no. 12, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (1 day) | February 11, 2019 |
| Deadline for filing administrative record | June 5, 2018 |
| Deadline for filing any motion to conduct limited discovery (such motion to be noted for the third Friday after filing) | July 19, 2018 |
| Deadline for filing dispositive motions | November 15, 2018 |
| Agreed pretrial order due | January 25, 2019 |
| Trial briefs and proposed findings of fact and conclusions of law due | January 25, 2019 |

MINUTE ORDER - 1

| | |
|---|---|
| 1 | Pretrial conference scheduled for   February 1, 2019 at 11:00 AM |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court. The Court will alter this case schedule only upon good cause shown. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Karen Dews at (206) 370-8830; failure to do so constitutes grounds for sanctions. See Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 15th day of May, 2018.

            /s/ Karen Dews
           Judicial Assistant/Deputy Clerk to
      Hon. Thomas S. Zilly, United States District Judge

MINUTE ORDER - 2